(174 App. Div. 936)

PEOPLE ex rel. ASTOR TRUST CO. et al. v. STATE TAX COMMISSION.

(Supreme Court, Appellate Division, Third Department. September 13, 1916.)

Certiorari by the People of the State of New York, on the relation of the Astor Trust Company and the Atlantic Phosphate & Oil Corporation, to review a determination of the State Tax Commission in refusing to consider a mortgage as a supplemental mortgage. Determination confirmed.

See, also, 160 N. Y. S. 854.

Argued before KELLOGG, P. J., and LYNN, HOWARD, WOODWARD, and COCHRANE, JJ.

PER CURIAM. Determination unanimously confirmed, with $50 costs and disbursements, on the opinion in People ex rel. Astor Trust Co. et al. v. State Tax Commission, 160 N. Y. Supp. 854, decided herewith.